UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )     CASE NUMBER  18mj5863 - NLS
            vs                           )     ABSTRACT OF ORDER
                                          )     Booking No.  73123298
Jasmine Rojas (2)          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
    Be advised that under date of  12/13/18
the Court entered the following order:

____✓____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release.
____✓____ Defendant released on $ 50,000 C/CS bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case dismissed.
_____ Case dismissed, charges pending in case no. _____
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                                        OR
JOHN MORRILL                    Clerk
by
                                          Deputy Clerk (7749)

Received _____
        DUSM

Crim-9    (Rev. 8-11)                                    ★ U.S. GPO: 1996-783-398/40151

T. LEE

CLERK'S COPY