AO 442 (Rev. 11/11) Arrest Warrant — NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
DEC 1 4 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASMINE ROJAS, | ) | Case No. 18MJ5863 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jasmine Rojas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Distribute Cocaine, Methamphetamine, and Fentanyl

*[Stamp: DATE: ___ ARRESTED BY: ___ STEVEN C. STAFFORD, U.S. MARSHAL, S/CA BY: ___]*

*[Stamp: RECEIVED U.S. MARSHALS-S/CC 2018 NOV 15 AM 11:5_]*

Date: November 15, 2018

_____
*Issuing officer's signature*

City and state: San Diego, CA

Hon. Clinton E. Averitte, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*