# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-05558-DMS-2 |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SELF-SURRENDER DATE |
| v. | |
| JASMINE ROJAS, | |
| Defendants. | |

Based upon the foregoing Joint Motion by the defendant, and GOOD CAUSE appearing, IT IS HEREBY ORDERED, that the self-surrender date of JASMINE ROJAS be continued from Friday, January 15, 2021 to Friday, March 12, 2021 by noon. The Bond Exoneration Hearing is reset to March 19, 2021 at 9:00 AM.

**SO ORDERED.**

Dated: 1/13/2021

HONORABLE DANA M. SABRAW
United States District Judge